UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                                          6:14-cr-211-ORL-22TBS

DAIRO CARTAGENA

_____

ORDER

This case comes before the Court without a hearing on Defendant Dairo Cartagena's Motion to File Under Seal (Doc. 140). On November 24, 2014, Defendant pled guilty to conspiring to export firearms in violation of 18 U.S.C. § 371 and dealing in firearms in violation of 18 U.S.C. § 922(a)(1)(A) (Doc. 98). His plea was accepted and he is scheduled to be sentenced on February 12, 2015 (Doc. 102).

Defendant's lawyer filed a sentencing memorandum on February 6, 2015 followed by a second sentencing memorandum and supplement on February 10, 2015 (Docs. 136, 141, 142). The pending motion asks the Court for leave to file Defendant's wife's medical records under seal for consideration by the Court in determining what sentence to impose.

Defendant alleges that the information he is asking the Court to seal contains "confidential and sensitive personal details and is privileged information regarding [his] wife's medical condition (and Wikipeida [sic] and Google medical definitions for the Court's convenience.)" (Doc. 140, ¶ 3).

Defendant has not offered, or provided a copy of his wife's medical records to the Court so that it can understand what information he is asking be sealed. And, his

description of the records is wholly insufficient for the Court to make an informed decision on the motion.  The memorandum of law which Plaintiff has submitted in support of his motion is equally deficient.  The memorandum states in its entirety:

> Pursuant to Rule 3.01 of the Local Rules for the Middle District of Florida, the Court has the discretion to grant a motion.  Under the circumstances there [sic], the Court should exercise its discretion and gant this motion.

(Doc. 140 at 1-2).

The Court appreciates that Defendant risks the imposition of a significant prison sentence and it assumes Defendant believes there is a possibility that the information he seeks to file under seal may have a material influence on the Court's sentencing decision.  But, these considerations are outweighed by his failure to inform the Court as to what he seeks to file under seal and why, as a matter of law, his motion is proper and should be granted.

Accordingly, Defendant's motion is DENIED.

DONE AND ORDERED in Ocala, Florida, on February 10, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

Presiding United States District Judge
All Counsel
Defendant