UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.     CASE NO: 6:14-cr-211-Orl-22TBS

DAIRO CARTAGENA

    Defendant.

## ORDER

This case comes before the Court on Defendant Dairo Cartagena's Motion to Exceed Cap for Investigative Costs (Doc. 200).  For the following reasons, the motion is **DENIED without prejudice**.

The motion does not contain a concise statement of the precise relief requested. It does not state the pertinent facts, explain the procedural posture of the case, show that Defendant has complied with all procedural requirements to obtain the relief he is requesting, or explain why he should be excused from compliance with those requirements.  Defendant's entire memorandum of law states: "Pursuant to Rule 3.01 of the Local Rules for the Middle District of Florida, the Court has the discretion to grant a motion.  Under the circumstances here, the Court should exercise its discretion and grant the motion."  (Id.).  Defendant will have to explain this contention because it does not comport with the Court's understanding of Rule 3.01.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2016.

THOMAS B. SMITH
United States Magistrate Judge

- 2 -

Copies furnished to:

    Counsel of Record
    Defendant